01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 STEPHEN CZAPLA,                              )
                                                )
09          Plaintiff,                          )    CASE NO.  C10-1234-RAJ
                                                )
10          v.                                  )
                                                )    ORDER DISMISSING ACTION
11 NATASHA REED, *et al*.,                      )
                                                )
12          Defendants.                         )
   _____     )

13

14          The Court, having reviewed the Report and Recommendation of the Honorable Mary

15 Alice Theiler, United States Magistrate Judge, the Plaintiff's objections thereto, and the

16 Defendants' response to the Plaintiff's objections, and the remaining record, does hereby

17 ORDER:

18          (1)     The Court adopts the Report and Recommendation.

19          (2)     Defendants' motion to dismiss (Dkt. No. 20) is GRANTED.

20          (3)     Plaintiff's complaint, and this action, are DISMISSED, without prejudice, for

21 failure to state a cognizable claim for relief under 42 U.S.C. § 1983.

22

ORDER DISMISSING ACTION
PAGE -1

01      (4)      The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02 defendants, and to the Honorable Mary Alice Theiler.

03      DATED this 11th day of February, 2011.

04

05

06      _____

07      The Honorable Richard A. Jones
        United States District Judge
08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE -2